

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR EMERGENCY STAY

Appellate case name:     In re David Alvarez; D&A Alvarez Group, LLC and 2017
                          Yale Development, LLC, Relators

Appellate case number:   01-19-00499-CV

Trial court case number: 2016-64847

Trial court:             190th District Court of Harris County

On July 8, 2019, relators, David Alvarez; D&A Alvarez Group, LLC and 2017 Yale Development, LLC, filed a petition for a writ of mandamus seeking to compel the respondent trial judge to vacate his July 2, 2019 orders granting the real parties in interests' motions for partial summary judgment in the underlying proceeding. With their petition, relators also filed an "Motion for Emergency Stay" seeking to stay the trial setting for July 10, 2019, pending disposition of its mandamus petition, with the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). The Court **denies** the relators' emergency motion for temporary relief.

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 7 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                          ☑ Acting individually     ☐ Acting for the Court
Date: _July 9, 2019___